```
      UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 09528
    MARY F ALVAREZ
                                                CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR

         Debtor
    SSN XXX-XX-5931


-----------------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
      Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.   The case was filed on 11/17/06 .

    2.   The case was dismissed without confirmation, 08/03/2007.

    3.   The Debtor paid a total of $   3213.71 .

    4.   The Trustee made disbursements to creditors as follows:

-----------------------------------------------------------------------------
CREDITOR NAME                CLASS           CLAIM AMOUNT      INTEREST          PRINCIPAL
                                                               PAID              PAID
-----------------------------------------------------------------------------
WELLS FARGO                  SECURED                  .00           .00               .00
NUVELL CREDIT COMPANY LL     SECURED                  .00           .00           2532.38
NUVELL CREDIT COMPANY LL     SPECIAL CLASS     NOT FILED           .00               .00
ADVANCE AMERICA              UNSECURED         NOT FILED           .00               .00
CASH TO GO ROUND LAKE BE     UNSECURED         NOT FILED           .00               .00
ICS                          UNSECURED         NOT FILED           .00               .00
CHARTER ONE BANK NA          UNSECURED         NOT FILED           .00               .00
CHASE MANHATTAN BANK USA     UNSECURED         NOT FILED           .00               .00
FIRST PREMIER BANK           UNSECURED         NOT FILED           .00               .00
FORD MOTOR CREDIT CO         UNSECURED         NOT FILED           .00               .00
KEY BANK                     UNSECURED         NOT FILED           .00               .00
OVERTON RUSS                 UNSECURED         NOT FILED           .00               .00
PLAINS COMMERCE BANK         UNSECURED         NOT FILED           .00               .00
OVERTON RUSSELL DOERR        UNSECURED         NOT FILED           .00               .00
SPRINT                       UNSECURED         NOT FILED           .00               .00
VIRGINIA EMPLOYMENT COMM     UNSECURED         NOT FILED           .00               .00
ICS                          UNSECURED         NOT FILED           .00               .00
         Summary of disbursements:
-----------------------------------------------------------------------------
                   SECURED       PRIORITY     UNSECURED        OTHER          TOTAL
-----------------------------------------------------------------------------
TOTAL CLMS ALLOWED        .00         .00           .00           .00              .00
PRINCIPAL PAID       2532.38         .00           .00           .00          2532.38
INTEREST PAID             .00         .00           .00           .00              .00
TOTAL PAID           2532.38         .00           .00           .00          2532.38
The Debtor's attorney, FELD & KORRUB LLC             , was allowed $   3000.00
and was paid $   1425.00  direct and $      .00 through the plan.

The Trustee received $    102.61 .

Refunds to the Debtor totaled $     578.72 .
```

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 11/15/07                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE